DANIEL MALAKAUSKAS, *Cal. Bar. No. 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242/Fax: 888-802-2440
Email: daniel@malakauskas.com

Attorney for Plaintiff: *Cynthia Hopson*

MICHAEL A. ANGEL, *Cal. Bar. No. 59085*
JASON JAMES, *Cal. Bar. No. 265129*
MESERVE, MUMPER & HUGHES, LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, CA 90017
Tel: 213-620-0300/Fax:213-625-1930
Email: mangel@mmhllp.com; jjames@mmhllp.com

Attorney for Defendant and Cross-Claimant: *Julianne C. Ralphs*

KATY AMIRI-YOUNESI, *Cal. Bar. No. 224606*
LAW OFFICES OF KATY AMIRI-YOUNESI, APC
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
Tel: 310-925-2224/Fax: 310-276-2926
Email:katyyounesi@gmail.com

Attorney for Defendant and Cross-Defendant: *Gorman Oil Corporation*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br> Plaintiff, <br> v. <br><br> **GORMAN OIL CORPORATION**, as an entity and doing business as "Gorman Chevron", **JULIANNE C. RALPHS**, as an individual, and as trustee for the Ronald and Julianne Ralphs Family Trust, dated April 3 1995, and **DOES** 1-50, Inclusive, <br><br> Defendants. <br> AND RELATED CROSS-CLAIMS | Case No.: 2:18-cv-5203-MWF-AS <br><br> **ORDER GRANTING STIPULATED DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

1  Based upon the Stipulation of all of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-5203-MWF (ASx), is dismissed in its entirety as to plaintiff and to all defendants and cross-defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that, except as expressly provided by written agreement, each Party shall bear her, his, or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 28, 2019

_____
Hon. Michael W. Fitzgerald
United States District Court Judge